UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN FORTE,

        Plaintiff,

vs.                          Case No. 2:07-cv-834-FtM-29SPC

HOME DYNAMICS AMBERTON, LLC a
Florida limited liability company,

        Defendant.
_____

**OPINION AND ORDER**

     This matter comes before the Court on plaintiff's Motion for Attorney's Fees Pursuant to Local Rule 4.18 (Doc. #16), filed on January 25, 2008. Defendant filed an Amended Response in Opposition (Doc. #18) on February 19, 2008. Plaintiff seeks attorney's fees pursuant to Middle District of Florida Local Rule 4.18 and based on the Court's January 11, 2008, Order (Doc. #15) remanding the case back to the Twentieth Judicial Circuit Court, in and for Collier County, Florida.

    Contrary to defendant's argument, the court has jurisdiction to award attorney fees even in the absence of a judgment. "An order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal." 28 U.S.C. § 1447(c). An award of attorney fees under § 1447(c) is discretionary, and turns on the reasonableness of the removal. Martin v. Franklin Capital Corp., 546 U.S. 132, 141 (2005). "'Absent unusual circumstances, courts may award

attorney's fees under § 1447(c) only where the removing party lacked an objectively reasonable basis for seeking removal. Conversely, when an objectively reasonable basis exists, fees should be denied.'" Bauknight v. Monroe County, Fla., 446 F.3d 1327, (11th Cir. 2006)(quoting Martin v. Franklin Capital Corp., 546 U.S. 132, 141 (2005)). In this case, the Court concludes that removal was unreasonable in light of 15 U.S.C. § 1719 which precludes removal under the circumstances of this case in what the Eleventh Circuit has referred to as "direct, unequivocal language." Breuer v. Jim's Concrete of Brevard, Inc., 292 F.3d 1308, 1310 (11th Cir. 2002). The Court concludes, however, that plaintiff waived entitlement to attorney fees pursuant to ¶ 15.7 of the Purchase and Sale Agreement.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion for Attorney's Fees Pursuant to Local Rule 4.18 (Doc. #16) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this __30th__ day of April, 2008.

JOHN E. STEELE
United States District Judge


Copies:
Counsel of record